# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

| | | |
|---|---|---|
| **Stephanie M. Dentinger,** | § | |
| *Plaintiff* | § | |
| | § | |
| **v.** | § | |
| | § | **No. 1:25-cv-01825-ADA-SH** |
| **Life Insurance Company of North** | § | |
| **America,** *in its capacity as Administrator of* | § | |
| *the Radiate HoldCo, LLC Long Term* | § | |
| *Disability Plan,* | § | |
| *Defendant* | § | |

## ORDER

Before the Court is the Joint Motion to Stay, filed March 2, 2026 (Dkt. 11). The parties jointly ask the Court to stay this case for 180 days "because Defendant has determined an additional review of Plaintiff's claim is warranted, and a temporary stay will conserve both the Court's resources and the parties' litigation expenses without prejudicing any party." *Id.* at 1.

Finding good cause therefor, the Court **GRANTS** the motion and **ORDERS** that all deadlines and proceedings in this case are **STAYED** until **August 31, 2026**. The Court **FURTHER ORDERS** the parties to submit a joint proposed scheduling order on or before **September 8, 2026**.

**SIGNED** on March 3, 2026.

_____
SUSAN HIGHTOWER
UNITED STATES MAGISTRATE JUDGE

1